**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN D. CRAWFORD, | |
| Plaintiff, | CIVIL ACTION NO. 3:12-0765 |
| v. | (JUDGE CAPUTO) |
| CITADEL BROADCASTING CORPORATION, by way of merger, CUMULUS MEDIA, INC., | |
| Defendant. | |

## ORDER

**NOW**, this 24th day of August, 2012, **IT IS HEREBY ORDERED** that Defendant Citadel Broadcasting Corporation, by way of merger, Cumulus Media, Inc.'s Motion to Dismiss Plaintiff's Complaint (Doc. 5) is **GRANTED in part and DENIED in part**.

(1) Defendant's Motion to Dismiss Plaintiff's Complaint is **GRANTED**.

Plaintiff's Complaint is **dismissed with prejudice**.

(2) Defendant's request for costs and fees is **DENIED**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge