**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN D. CRAWFORD,<br><br>    Plaintiff,<br><br>       v.<br><br>CITADEL BROADCASTING<br>CORPORATION, by way of merger,<br>CUMULUS MEDIA, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 3:12-0765<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 24th day of August, 2012, **IT IS HEREBY ORDERED** that Defendant Citadel Broadcasting Corporation, by way of merger, Cumulus Media, Inc.'s Motion to Dismiss Plaintiff's Complaint (Doc. 5) is **GRANTED in part and DENIED in part**.

(1) Defendant's Motion to Dismiss Plaintiff's Complaint is **GRANTED**. Plaintiff's Complaint is **dismissed with prejudice**.

(2) Defendant's request for costs and fees is **DENIED**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                            /s/ A. Richard Caputo
                                            A. Richard Caputo
                                            United States District Judge